ACCEPTED
15-24-00081-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/21/2025 3:29 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/21/2025 3:29:50 PM
CHRISTOPHER A. PRINE
Clerk

Appellee's Oral Argument Exhibit 2

# Excerpt from City of Dallas' Initial Disclosures

NO. D-1-GN-23-002331

| | | |
|---|---|---|
| CITY OF DALLAS, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | OF TRAVIS COUNTY, TEXAS |
| | § | |
| KEN PAXTON, | § | |
| ATTORNEY GENERAL OF TEXAS, | § | |
| Defendant. | § | 353rd JUDICIAL DISTRICT |

**PLAINTIFF'S INITIAL DISCLOSURES**

TO: Defendant, Ken Paxton, Attorney General of Texas, by and through his attorney of record, Amber A. Wodraska, Office of the Attorney General of Texas, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548; Intervenor, The Dallas Morning News, Inc., by and through its attorney of record, Thomas J. Williams, Haynes and Boone, LLP, 301 Commerce Street, Suite 2600, Fort Worth, Texas 76102.

Pursuant to Texas Rule of Civil Procedure Rule 194.2, Plaintiff, the City of Dallas (the "City"), makes the following disclosures. The City reserves the right to supplement this response as necessary under the Texas Rules of Civil Procedure.

**194.2(b)(3):** The legal theories and, in general, the factual bases of responding party's claims or defenses.

**Response:** The City reasserts the arguments and conclusions made in the letter to the Attorney General dated January 25, 2023, which is attached as Exhibit 3 to Plaintiff's Original Petition in the above-styled and -numbered cause.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carey Wallick on behalf of Thomas Williams
Bar No. 21578500
carey.wallick@haynesboone.com
Envelope ID: 98752816
Filing Code Description: Exhibit
Filing Description: Exhibit 1- Excerpt from City of Dallas Request for Attorney General Decision
Status as of 3/21/2025 3:55 PM CST

Associated Case Party: KenPaxton

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christian Young | | christian.young@oag.texas.gov | 3/21/2025 3:29:50 PM | SENT |
| Kathy Johnson | | kathy.johnson@oag.texas.gov | 3/21/2025 3:29:50 PM | SENT |
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 3/21/2025 3:29:50 PM | SENT |

Associated Case Party: City of Dallas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicholas Palmer | | nicholas.palmer@dallas.gov | 3/21/2025 3:29:50 PM | SENT |

Associated Case Party: The Dallas Morning News, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Thomas J.Williams | | thomas.williams@haynesboone.com | 3/21/2025 3:29:50 PM | SENT |
| William ReidPillifant | | reid.pillifant@haynesboone.com | 3/21/2025 3:29:50 PM | SENT |